*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 14-BG-1168

IN RE: BRIAN J. BENNER,
                              Respondent.
**Bar Registration No. 446757**                    **BDN: 291-14**

BEFORE: Thompson, Associate Judge, and Ferren and Farrell, Senior Judges.

## ORDER
(FILED - February 5, 2015)

On consideration of the certified order disbarring respondent from the practice of law in the state of New Jersey, this court's November 4, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, the statement of Bar Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Brian J. Benner is hereby disbarred from the practice of law in the District of Columbia. S*ee In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files D.C. Bar. R. XI, § 14 (g) affidavit.

**PER CURIAM**